**E-filed 2/24/06**

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-00645 JF |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| LEONARDO FERNANDEZ-RAMOS, ) | |
| Defendant. ) | SAN JOSE VENUE |

The above-captioned case is scheduled for a status appearance on Wednesday, February 22, 2006 at 9:00 a.m. The undersigned parties respectfully request that the appearance be continued to Wednesday, March 22, 2006 at 9:00 a.m. Assistant Federal Public Defender Angela Hansen recently took over the case from Assistant Federal Public Defender Jay Rorty and needs additional time to meet with the defendant and review the discovery. In addition, as the Court is aware, the defendant is facing possible narcotics charges in the Northern District of California and the defendant has indicated that he will hire a private attorney in the event he is charged. Thus, AFPD Hansen needs time to review the impact of a potential narcotics charge on the defendant's current charge of illegal reentry.

1  In addition, the parties request an exclusion of time under the Speedy Trial Act from
2  February 22, 2006 to March 22, 2006.  The parties agree and stipulate that an exclusion of time is
3  appropriate based on the defendant's need for continuity and effective preparation of counsel.

4  SO STIPULATED:                               KEVIN V. RYAN
                                                United States Attorney
5

6  DATED:_____              _____/s/_____
                                                SUSAN KNIGHT
7                                               Assistant United States Attorney

8
   DATED:_____              _____/s/_____
9                                               ANGELA HANSEN
                                                Assistant Federal Public Defender
10

11    Accordingly, the Court HEREBY ORDERS that a status hearing is continued to March 22,
12  2006 at 9:00 a.m.

13    For good cause shown, the Court FURTHER ORDERS that time be excluded under the
14  Speedy Trial Act from February 22, 2006 to March 22, 2006.  The Court finds, based on the
15  aforementioned reasons, that the ends of justice served by granting the requested continuance
16  outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
17  the requested continuance would deny defense counsel reasonable time necessary for effective
18  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19  of justice.  The Court therefore concludes that this exclusion of time should be made under 18
20  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
21  SO ORDERED.

22
23  DATED:___2/23/06_____           _____
                                                JEREMY FOGEL
24                                              United States District Judge

25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 05-00645 JF                              2