BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant FERNANDEZ-RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00645-JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| LEONARDO FERNANDEZ-RAMOS, | ) | |
| Defendant. | ) | |

     Assistant United States Attorney Susan Knight and defendant, Fernandez-Ramos, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for March 22, 2006, at 9:00 a.m., should be continued to May 3, 2006 at 9:00 a.m.

     The parties have reached a preliminary agreement in this case. The parties request a continuance because Government counsel needs additional time to have the agreement approved by her office, and, once approved, counsel for Mr. Fernandez-Ramos needs additional time to review the agreement with her client. For these reasons, the parties stipulate and agree to continue this case to May 3, 2006 for possible disposition.

     The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would

1 unreasonably deny Mr. Fernandez-Ramos the time necessary for effective preparation, taking into
2 account the exercise of due diligence.

4 SO STIPULATED.

6 Dated: March 21, 2006                                    _____/s/_____
                                                           ANGELA M. HANSEN
7                                                          Assistant Federal Public Defender

9 Dated: March 21, 2006                                    _____/s/_____
                                                           SUSAN KNIGHT
10                                                         Assistant United States Attorney

**\*\*E-filed 3/23/06\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LEONARDO FERNANDEZ-RAMOS,<br><br>        Defendant. | No. CR 05-00654-JF<br><br>**[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

    The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for March 22, 2006 at 9:00 a.m. is continued to May 3, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 22, 2006 through and including May 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: March 23, 2006

                                        JEREMY FOGEL<br>                                        United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26