1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant FERNANDEZ-RAMOS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

    UNITED STATES OF AMERICA,              )      No. CR 05-00645-JF
11                                         )
                    Plaintiff,             )
12                                         )
    v.                                     )      **STIPULATION AND [PROPOSED]**
13                                         )      **ORDER TO CONTINUE STATUS DATE**
    LEONARDO FERNANDEZ-RAMOS,              )
14                                         )
                    Defendant.             )
15   _____)

16

        Assistant United States Attorney Susan Knight and defendant, Fernandez-Ramos, through
17
    his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the
18
    status date in the above-captioned matter, presently scheduled for May 3, 2006, should be
19
    continued to May 24, 2006 at 9:00 a.m.
20
        The parties have reached a preliminary agreement in this case.  The parties request a
21
    continuance because counsel for Mr. Fernandez-Ramos needs additional time to review the
22
    agreement with her client.  For these reasons, the parties stipulate and agree to continue this case
23
    to May 24, 2006, for possible disposition.
24
        The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
25
    the ends of justice served by the continuance requested outweigh the best interest of the
26
    defendant and public in a speedy trial because the failure to grant such a continuance would

    unreasonably deny Mr. Fernandez-Ramos the time necessary for effective preparation, taking into

1   account the exercise of due diligence.

2

3   SO STIPULATED.

4

5   Dated: April 28, 2006                              _____/s/_____
                                                       ANGELA M. HANSEN
6                                                      Assistant Federal Public Defender

7

8   Dated: April 28, 2006                              _____/s/_____
                                                       SUSAN KNIGHT
9                                                      Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4                                                                              **E-filed 5/2/06**

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          SAN JOSE DIVISION

UNITED STATES OF AMERICA,                    )          No. CR 05-00645-JF
11                                           )
                    Plaintiff,               )          **[PROPOSED] ORDER CONTINUING**
12                                           )          **STATUS DATE AND EXCLUDING**
     v.                                      )          **TIME**
13                                           )
     LEONARDO FERNANDEZ-RAMOS,               )
14                                           )
                    Defendant.               )
15   _____)

16
            The parties have jointly requested to continue the status date and good cause appearing,
17
     IT IS HEREBY ORDERED that the status date presently set for May 3, 2006 at 9:00 a.m. is
18
     continued to May 24, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER
19
     ORDERED that the period of time from May 3, 2006 through and including May 24, 2006, shall
20
     be excluded from the period of time within which trial must commence under the Speedy Trial
21
     Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).
22
            May 2, 2006
23   Dated: April __, 2006          _____
                                    JEREMY FOGEL
24                                  United States District Judge

25

26

3

1    Distribute to:

2

3    Angela Hansen
     Assistant Federal Public Defender
     160 West Santa Clara Street, Suite 575
4    San Jose, CA 95113
     Counsel for Defendant

5
     Susan Knight
6    Assistant United States Attorney
     150 Almaden Blvd., Suite 900
7    San Jose, CA 95113
     Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26