BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FERNANDEZ-RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARDO FERNANDEZ-RAMOS, )<br>)<br>Defendant. )<br>_____ ) | No. CR 05-00645-JF<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS DATE** |

Assistant United States Attorney Susan Knight and defendant, Fernandez-Ramos, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for May 24, 2006, should be continued to June 7, 2006 at 9:00 a.m.

The parties have reached a preliminary agreement in this case.  The parties request a continuance because the government recently changed its "fast-track" policy, and these policy changes may impact upon the agreement the government has reached with Mr. Fernandez-Ramos.  For these reasons, the parties need additional time to negotiate the plea agreement and counsel for Mr. Ramos needs additional time to discuss the final agreement with her client.  The parties therefore stipulate and agree to continue this case to June 7, 2006, for possible disposition.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

1  the ends of justice served by the continuance requested outweigh the best interest of the
2  defendant and public in a speedy trial because the failure to grant such a continuance would
3  unreasonably deny Mr. Fernandez-Ramos the time necessary for effective preparation, taking into
4  account the exercise of due diligence.
5
6  SO STIPULATED.
7
8  Dated: May 22, 2006                          _____/s/_____
                                                 ANGELA M. HANSEN
9                                                Assistant Federal Public Defender
10
11 Dated: May 22, 2006                          _____/s/_____
                                                 SUSAN KNIGHT
12                                               Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**E-filed 5/26/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00645-JF |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| ) | STATUS DATE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| LEONARDO FERNANDEZ-RAMOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for May 24, 2006 at 9:00 a.m. is continued to June 7, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 24, 2006 through and including June 7, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: May _24_ 2006

_____
JEREMY FOGEL
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4